**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: INTEGRITY MOLD & TOOL INC. § | Case No. 11-46510 |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 16, 2011. The undersigned trustee was appointed on November 16, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        102,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,913.11 |
| Bank service fees | 3,467.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 6,315.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 81,803.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/10/2012 and the deadline for filing governmental claims was 05/14/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation for the trustee is $8,059.25.  To the extent that additional documents earn prior to case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,059.25, for a total compensation of $8,059.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: __06/05/2014_____    By:/s/ILENE F. GOLDSTEIN AS TRUSTEE_____
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-46510  
Case Name: INTEGRITY MOLD & TOOL INC.  

Period Ending: 06/05/14

Trustee: (330290)   ILENE F. GOLDSTEIN AS TRUSTEE  
Filed (f) or Converted (c): 11/16/11 (f)  
§341(a) Meeting Date: 12/16/11  
Claims Bar Date: 10/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Possession and Usage Agreement | 0.00 | 0.00 | | 95,000.00 | FA |
| 2 | BANK ACCOUNTS | 800.00 | 800.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>Disputed by Creditor | 5,800.00 | Unknown | | 0.00 | FA |
| 4 | Possession and Usage Agreement | 0.00 | 0.00 | | 7,500.00 | FA |
| 4 | Assets   Totals (Excluding unknown values) | $6,600.00 | $800.00 | | $102,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD THE MAJOR ASSET OF THIS COMPANY. THE TRUSTEE ASSISTED IN SETTLING A DISPUTE BETWEEN THE LARGEST CREDITOR AND THE DEBTOR AND THAT ORDER WAS JUST ENTERED. SHE ALSO RESOLVED CREDITOR CLAIMS AND FILED HER TAX RETURNS. SHE IS WAITING OR THE 505B LETTER AND WILL THEN CLOSE THE ESTATE.

Initial Projected Date Of Final Report (TFR):   December 31, 2013         Current Projected Date Of Final Report (TFR):   September 30, 2014

Printed: 06/05/2014 05:35 PM    V.13.15

Exhibit B

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 11-46510  
Case Name: INTEGRITY MOLD & TOOL INC.  
Taxpayer ID #: **-***4778  
Period Ending: 06/05/14

Trustee: ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
Bank Name: The Bank of New York Mellon  
Account: ****-******34-66 - Checking Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/12 | {4} | Calico | Security Deposit | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,475.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,450.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,425.00 |
| 06/02/12 | {1} | 1st Federal Savings Bank (Calico) | Sale of personal property | 1129-000 | 95,000.00 | | 102,425.00 |
| 06/22/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | VOIDED Voided on 06/22/12 | 3110-000 | | 10,932.50 | 91,492.50 |
| 06/22/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | VOIDED Voided: check issued on 06/22/12 | 3110-000 | | -10,932.50 | 102,425.00 |
| 06/22/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 6.60 | 102,418.40 |
| 06/22/12 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Fees | 3110-000 | | 10,733.00 | 91,685.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 173.99 | 91,511.41 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 200.02 | 91,311.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.35 | 91,118.04 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.26 | 90,943.78 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.99 | 90,738.79 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 185.94 | 90,552.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.37 | 90,373.48 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 90,373.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 102,500.00 | 102,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 90,373.48 | |
| | | | Subtotal | | 102,500.00 | 12,126.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $102,500.00 | $12,126.52 | |

{} Asset reference(s)                                              Printed: 06/05/2014 05:35 PM        V.13.15

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  11-46510  
Case Name:  INTEGRITY MOLD & TOOL INC.

Taxpayer ID #:  **-***4778  
Period Ending:  06/05/14

Trustee:  ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
Bank Name:  Rabobank, N.A.  
Account:  ******4366 - Checking Account  
Blanket Bond:  $5,000,000.00  (per case limit)  
Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 90,373.48 | | 90,373.48 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.63 | 90,234.85 |
| 02/26/13 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-46510, Bond Number 016026455 | 2300-000 | | 82.05 | 90,152.80 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.13 | 90,031.67 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.19 | 89,906.48 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.93 | 89,768.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.42 | 89,635.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.33 | 89,514.80 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.62 | 89,373.18 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.55 | 89,244.63 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.08 | 89,120.55 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.01 | 88,979.54 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.45 | 88,860.09 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.59 | 88,719.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.86 | 88,587.64 |
| 02/25/14 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-46510, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 113.36 | 88,474.28 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.92 | 88,355.36 |
| 03/07/14 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-46510, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -113.36 | 88,468.72 |
| 03/07/14 | 10106 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-46510, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 91.46 | 88,377.26 |
| 03/10/14 | 10106 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-46510, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -91.46 | 88,468.72 |
| 03/10/14 | 10107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-46510, Bond Premium | 2300-000 | | 91.46 | 88,377.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.95 | 88,254.31 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.41 | 88,118.90 |
| 05/14/14 | 10108 | Calico Precision Molding, L.L.C. | Return of partial secrity deposit | 8500-002 | | 6,315.00 | 81,803.90 |
| | | | Subtotals : | | $90,373.48 | $8,569.58 | |

{} Asset reference(s)                                                                  Printed: 06/05/2014 05:35 PM    V.13.15

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number:  11-46510  
Case Name:    INTEGRITY MOLD & TOOL INC.

Taxpayer ID #:  **-***4778  
Period Ending:  06/05/14

Trustee:       ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
Bank Name:     Rabobank, N.A.  
Account:       ******4366 - Checking Account  
Blanket Bond:  $5,000,000.00  (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 90,373.48 | 8,569.58 | $81,803.90 |
| | | | Less: Bank Transfers | | 90,373.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,569.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $8,569.58 | |

Net Receipts :                   102,500.00  
Less Other Noncompensable Items :     6,315.00  
                                 ─────────  
Net Estate :                     $96,185.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******34-66 | 102,500.00 | 12,126.52 | 0.00 |
| Checking # ******4366 | 0.00 | 8,569.58 | 81,803.90 |
| | $102,500.00 | $20,696.10 | $81,803.90 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2012

**Case Number:** 11-46510  
**Debtor Name:** INTEGRITY MOLD & TOOL INC.

Page: 1

**Date:** June 5, 2014  
**Time:** 05:35:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>850 Central Ave<br>Ste 200<br>Highland Park, IL 60035 | Admin Ch. 7 | | $17,523.00 | $10,733.00 | 6,790.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>850 Central Ave<br>Ste 200<br>Highland Park, IL 60035 | Admin Ch. 7 | | $94.11 | $6.60 | 87.51 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $8,059.25 | $0.00 | 8,059.25 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $740.00 | $0.00 | 740.00 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $92.00 | $0.00 | 92.00 |
| 1<br>610 | Glickman, Flesch & Rosenwein<br>c/o James A. Flesch<br>230 West Monroe Street, Suite 800<br>Chicago, IL 60606 | Unsecured | History: Details1-109/19/2012Claim #1 filed by Glickman, Flesch & Rosenwein, Amount claimed: $6264.63 (Goodman, Adam )<br>-------------------------------------------------------------------------------\* \* \* | $6,264.63 | $0.00 | 6,264.63 |
| 2<br>630 | Kathy Englund<br>David G. Harding<br>100 N. LaSalle Street, Suite 1610<br>Chicago, IL 60602 | Unsecured | History: Details2-110/10/2012Claim #2 filed by Kathy Englund, Amount claimed: $196452.00 (Harding, David )<br>-------------------------------------------------------------------------------\* \* \* | $150,000.00 | $0.00 | 150,000.00 |
| 3S<br>630 | Calico Precision Molding, LLC<br>Scott A. Semenek, Faegre Baker,Daniels LLP,311 S. Wacker Drive Suite 4400<br>Chicago, IL 60606 | Unsecured | History: Details3-110/10/2012Claim #3 filed by Calico Precision Molding, LLC, Amount claimed: $691796.67 (Semenek, Scott )<br>3501/29/2013Notice of Hearing and Objection to Claim(s) 3 of Calico Precision Molding, LLC Filed by David G. Harding on behalf of Gary & Kathryn Englund. Hearing scheduled for 3/15/2013 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order)(Harding, David)<br>-------------------------------------------------------------------------------\* \* \* | $0.00 | $0.00 | 0.00 |
| 3U<br>630 | Calico Precision Molding, LLC<br>Scott A. Semenek, Faegre Baker,Daniels LLP,311 S. Wacker Drive Suite 4400<br>Chicago, IL 60606 | Unsecured | History: Details3-110/10/2012Claim #3 filed by Calico Precision Molding, LLC, Amount claimed: $691796.67 (Semenek, Scott )<br>3501/29/2013Notice of Hearing and Objection to Claim(s) 3 of Calico Precision | $150,000.00 | $0.00 | 150,000.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 10, 2012

**Case Number:** 11-46510  
**Debtor Name:** INTEGRITY MOLD & TOOL INC.

Page: 2

**Date:** June 5, 2014  
**Time:** 05:35:41 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Molding, LLC Filed by David G. Harding on behalf of Gary & Kathryn Englund. Hearing scheduled for 3/15/2013 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order)(Harding, David) --------------------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 332,772.99 | 10,739.60 | 322,033.39 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                              Exhibit D

Case No.: 11-46510
Case Name: INTEGRITY MOLD & TOOL INC.
Trustee Name: ILENE F. GOLDSTEIN AS TRUSTEE

**Balance on hand:**                              $          81,803.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                          $     81,803.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 8,059.25 | 0.00 | 8,059.25 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 17,523.00 | 10,733.00 | 6,790.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 94.11 | 6.60 | 87.61 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 740.00 | 0.00 | 740.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 92.00 | 0.00 | 92.00 |

Total to be paid for chapter 7 administration expenses:     $     15,768.86
Remaining balance:                                          $     66,035.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                              $     66,035.04

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 66,035.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,264.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Glickman, Flesch & Rosenwein | 6,264.63 | 0.00 | 6,264.63 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,264.63 |
| Remaining balance: | $ | 59,770.41 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 59,770.41 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 300,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 19.9 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Kathy Englund | 150,000.00 | 0.00 | 29,885.21 |
| 3U | Calico Precision Molding, LLC | 150,000.00 | 0.00 | 29,885.20 |

Total to be paid for subordinated claims: $ 59,770.41
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**