**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    INTEGRITY MOLD & TOOL INC.   §    Case No. 11-46510
          §
          §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN AS TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **07/11/2014 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/09/2014        By:    /s/ Ilene F. Goldstein
                                      Trustee

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: INTEGRITY MOLD & TOOL INC. § Case No. 11-46510
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 102,500.00 |
| *and approved disbursements of* | $ 20,696.10 |
| *leaving a balance on hand of* [1] | $ 81,803.90 |
| **Balance on hand:** | $ 81,803.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 81,803.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 8,059.25 | 0.00 | 8,059.25 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 17,523.00 | 10,733.00 | 6,790.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 94.11 | 6.60 | 87.61 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 740.00 | 0.00 | 740.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 92.00 | 0.00 | 92.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,768.86 |
| Remaining balance: | $ 66,035.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 66,035.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 66,035.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,264.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Glickman, Flesch & Rosenwein | 6,264.63 | 0.00 | 6,264.63 |

Total to be paid for timely general unsecured claims: $ 6,264.63
Remaining balance: $ 59,770.41

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $    59,770.41

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 300,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 19.9 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Kathy Englund | 150,000.00 | 0.00 | 29,885.21 |
| 3U | Calico Precision Molding, LLC | 150,000.00 | 0.00 | 29,885.20 |

Total to be paid for subordinated claims:  $    59,770.41
Remaining balance:  $         0.00

Prepared By:   /s/ILENE F. GOLDSTEIN AS TRUSTEE

ILENE F. GOLDSTEIN AS TRUSTEE
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-46510-ABG
Integrity Mold & Tool Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: corrinal    Page 1 of 1    Date Rcvd: Jun 13, 2014
                        Form ID: pdf006    Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2014.
db            +Integrity Mold & Tool Inc.,    2 Conesus Court,    Hawthorne Woods, IL 60047-1904
18066120      +Calico Precision,    1211 Progress Road,    Fort Wayne, IL 46808-1261
19549915      +Calico Precision Molding, LLC,    Scott A. Semenek, Faegre Baker,    Daniels LLP,
               311 S. Wacker Drive Suite 4400,    Chicago, IL 60606-6622
19457916     #+Glickman, Flesch & Rosenwein,    c/o James A. Flesch,    230 West Monroe Street, Suite 800,
               Chicago IL 60606-4735
18066119      Goodman Law Offices, LLC,    60602
18336589      +James Flesch,    230 West Monroe Street,    Suite 800,    Chicago, IL 60606-4735
18066121      +Kathy Englund,    David G. Harding,    100 N. LaSalle Street, Suite 1610,    Chicago, IL 60602-3530
18380418      +Ray & Glick LTD,    POB 400,    611 South Milwaukee,    Libertyville, IL 60048-3256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18066118*    +Integrity Mold & Tool Inc.,    2 Conesus Court,    Hawthorne Woods, IL 60047-1904
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2014                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2014 at the address(es) listed below:
              Colby  Kingsbury    on behalf of Creditor    Calico Precision Molding, LLC
               colby.kingsbury@faegrebd.com, kimberly.charbonneau@faegrebd.com
              David G. Harding    on behalf of Creditor Gary & Kathryn   Englund hardlaw@netzero.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com, il35@ecfcbis.com
              Ilene F Goldstein, ESQ   on behalf of Accountant Jodi E Gimbel,P.C ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Accountant Jodi E Gimbel ifgcourt@aol.com, IL35@ecfcbis.com
              Jessica  Tovrov    on behalf of Debtor    Integrity Mold & Tool Inc. jessica@tovrovlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott A Semenek    on behalf of Creditor    Calico Precision Molding, LLC
               scott.semenek@faegrebd.com, droberg@faegrebd.com
                                                                                             TOTAL: 10
```