# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: INTEGRITY MOLD & TOOL INC. § Case No. 11-46510
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,600.00           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $66,035.04     Claims Discharged
                                                Without Payment: $240,229.59

Total Expenses of Administration: $30,149.96

---

3) Total gross receipts of $ 102,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,315.00 (see **Exhibit 2**), yielded net receipts of $96,185.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,149.86 | 30,149.86 | 30,149.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 894,513.30 | 306,264.63 | 66,035.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $924,663.16 | $336,414.49 | $96,185.00 |

   4) This case was originally filed under Chapter 7 on November 16, 2011. The case was pending for 36 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2014          By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possession and Usage Agreement | 1129-000 | 95,000.00 |
| Possession and Usage Agreement | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$102,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Calico Precision Molding, L.L.C. | Return of partial secrity deposit | 8500-002 | 6,315.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,315.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 8,059.25 | 8,059.25 | 8,059.25 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 17,523.00 | 17,523.00 | 17,523.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 94.11 | 94.11 | 94.21 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 740.00 | 740.00 | 740.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 92.00 | 92.00 | 92.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 173.99 | 173.99 | 173.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 200.02 | 200.02 | 200.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.35 | 193.35 | 193.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 174.26 | 174.26 | 174.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 204.99 | 204.99 | 204.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 185.94 | 185.94 | 185.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 179.37 | 179.37 | 179.37 |
| Rabobank, N.A. | 2600-000 | N/A | 138.63 | 138.63 | 138.63 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 82.05 | 82.05 | 82.05 |
| Rabobank, N.A. | 2600-000 | N/A | 121.13 | 121.13 | 121.13 |
| Rabobank, N.A. | 2600-000 | N/A | 125.19 | 125.19 | 125.19 |
| Rabobank, N.A. | 2600-000 | N/A | 137.93 | 137.93 | 137.93 |
| Rabobank, N.A. | 2600-000 | N/A | 133.42 | 133.42 | 133.42 |
| Rabobank, N.A. | 2600-000 | N/A | 120.33 | 120.33 | 120.33 |
| Rabobank, N.A. | 2600-000 | N/A | 141.62 | 141.62 | 141.62 |
| Rabobank, N.A. | 2600-000 | N/A | 128.55 | 128.55 | 128.55 |
| Rabobank, N.A. | 2600-000 | N/A | 124.08 | 124.08 | 124.08 |
| Rabobank, N.A. | 2600-000 | N/A | 141.01 | 141.01 | 141.01 |
| Rabobank, N.A. | 2600-000 | N/A | 119.45 | 119.45 | 119.45 |
| Rabobank, N.A. | 2600-000 | N/A | 140.59 | 140.59 | 140.59 |
| Rabobank, N.A. | 2600-000 | N/A | 131.86 | 131.86 | 131.86 |
| Rabobank, N.A. | 2600-000 | N/A | 118.92 | 118.92 | 118.92 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 91.46 | 91.46 | 91.46 |
| Rabobank, N.A. | 2600-000 | N/A | 122.95 | 122.95 | 122.95 |
| Rabobank, N.A. | 2600-000 | N/A | 135.41 | 135.41 | 135.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,149.86 | $30,149.86 | $30,149.96 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Glickman, Flesch & Rosenwein | 7100-000 | N/A | 6,264.63 | 6,264.63 | 6,264.63 |
| 2 | Kathy Englund | 7400-000 | N/A | 196,452.00 | 150,000.00 | 29,885.21 |
| 3S | Calico Precision Molding, LLC | 7400-000 | N/A | 7,500.00 | 0.00 | 0.00 |
| 3U | Calico Precision Molding, LLC | 7400-000 | N/A | 684,296.67 | 150,000.00 | 29,885.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $894,513.30 | $306,264.63 | $66,035.04 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46510  **Trustee:** (330290) ILENE F. GOLDSTEIN AS TRUSTEE
**Case Name:** INTEGRITY MOLD & TOOL INC.  **Filed (f) or Converted (c):** 11/16/11 (f)
**§341(a) Meeting Date:** 12/16/11
**Period Ending:** 12/01/14  **Claims Bar Date:** 10/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Possession and Usage Agreement | 0.00 | 0.00 | | 95,000.00 | FA |
| 2 | BANK ACCOUNTS | 800.00 | 800.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE  Disputed by Creditor | 5,800.00 | Unknown | | 0.00 | FA |
| 4 | Possession and Usage Agreement | 0.00 | 0.00 | | 7,500.00 | FA |
| 4 | **Assets Totals** (Excluding unknown values) | **$6,600.00** | **$800.00** | | **$102,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD THE MAJOR ASSET OF THIS COMPANY. THE TRUSTEE ASSISTED IN SETTLING A DISPUTE BETWEEN THE LARGEST CREDITOR AND THE DEBTOR AND THAT ORDER WAS JUST ENTERED. SHE ALSO RESOLVED CREDITOR CLAIMS AND FILED HER TAX RETURNS. SHE IS WAITING OR THE 505B LETTER AND WILL THEN CLOSE THE ESTATE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** September 30, 2014

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-46510  
**Case Name:** INTEGRITY MOLD & TOOL INC.

**Taxpayer ID #:** **-***4778  
**Period Ending:** 12/01/14

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******34-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/12 | {4} | Calico | Security Deposit | 1129-000 | 7,500.00 | | 7,500.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,475.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,450.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,425.00 |
| 06/02/12 | {1} | 1st Federal Savings Bank (Calico) | Sale of personal property | 1129-000 | 95,000.00 | | 102,425.00 |
| 06/22/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | VOIDED<br>Voided on 06/22/12 | 3110-000 | | 10,932.50 | 91,492.50 |
| 06/22/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | VOIDED<br>Voided: check issued on 06/22/12 | 3110-000 | | -10,932.50 | 102,425.00 |
| 06/22/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 6.60 | 102,418.40 |
| 06/22/12 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Fees | 3110-000 | | 10,733.00 | 91,685.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 173.99 | 91,511.41 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 200.02 | 91,311.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.35 | 91,118.04 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 174.26 | 90,943.78 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 204.99 | 90,738.79 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 185.94 | 90,552.85 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 179.37 | 90,373.48 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 90,373.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 102,500.00 | 102,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 90,373.48 | |
| | | | **Subtotal** | | 102,500.00 | 12,126.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$102,500.00** | **$12,126.52** | |

{} Asset reference(s)

Printed: 12/01/2014 12:09 PM    V.13.15

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-46510  
**Case Name:** INTEGRITY MOLD & TOOL INC.  
**Taxpayer ID #:** **-***4778  
**Period Ending:** 12/01/14

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 90,373.48 | | 90,373.48 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.63 | 90,234.85 |
| 02/26/13 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #11-46510, Bond Number 016026455 | 2300-000 | | 82.05 | 90,152.80 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.13 | 90,031.67 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.19 | 89,906.48 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.93 | 89,768.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.42 | 89,635.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.33 | 89,514.80 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.62 | 89,373.18 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.55 | 89,244.63 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.08 | 89,120.55 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.01 | 88,979.54 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.45 | 88,860.09 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.59 | 88,719.50 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.86 | 88,587.64 |
| 02/25/14 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-46510, Bond Premium<br>Voided on 03/07/14 | 2300-000 | | 113.36 | 88,474.28 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.92 | 88,355.36 |
| 03/07/14 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #11-46510, Bond Premium<br>Voided: check issued on 02/25/14 | 2300-000 | | -113.36 | 88,468.72 |
| 03/07/14 | 10106 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-46510, Bond Premium<br>Voided on 03/10/14 | 2300-000 | | 91.46 | 88,377.26 |
| 03/10/14 | 10106 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #11-46510, Bond Premium<br>Voided: check issued on 03/07/14 | 2300-000 | | -91.46 | 88,468.72 |
| 03/10/14 | 10107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #11-46510, Bond Premium | 2300-000 | | 91.46 | 88,377.26 |

Subtotals :     $90,373.48     $1,996.22

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-46510  
**Case Name:** INTEGRITY MOLD & TOOL INC.

**Taxpayer ID #:** **-***4778  
**Period Ending:** 12/01/14

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.95 | 88,254.31 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.41 | 88,118.90 |
| 05/14/14 | 10108 | Calico Precision Molding, L.L.C. | Return of partial secrity deposit | 8500-002 | | 6,315.00 | 81,803.90 |
| 07/21/14 | 10109 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $17,523.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,790.00 | 75,013.90 |
| 07/21/14 | 10110 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $94.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 87.61 | 74,926.29 |
| 07/21/14 | 10111 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $8,059.25, Trustee Compensation; Reference: | 2100-000 | | 8,059.25 | 66,867.04 |
| 07/21/14 | 10112 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $740.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 740.00 | 66,127.04 |
| 07/21/14 | 10113 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $92.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 92.00 | 66,035.04 |
| 07/21/14 | 10114 | Glickman, Flesch & Rosenwein | Dividend paid 100.00% on $6,264.63; Claim# 1; Filed: $6,264.63; Reference: | 7100-000 | | 6,264.63 | 59,770.41 |
| 07/21/14 | 10115 | Kathy Englund | Dividend paid 19.92% on $150,000.00; Claim# 2; Filed: $196,452.00; Reference: | 7400-000 | | 29,885.21 | 29,885.20 |
| 07/21/14 | 10116 | Calico Precision Molding, LLC | Dividend paid 19.92% on $150,000.00; Claim# 3U; Filed: $684,296.67; Reference: | 7400-000 | | 29,885.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 90,373.48 | 90,373.48 | **$0.00** |
| | | | Less: Bank Transfers | | 90,373.48 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **90,373.48** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$90,373.48** | |

| | | |
|---|---|---|
| Net Receipts : | 102,500.00 | |
| Less Other Noncompensable Items : | 6,315.00 | |
| Net Estate : | $96,185.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******34-66 | 102,500.00 | 12,126.52 | 0.00 |
| Checking # ******4366 | 0.00 | 90,373.48 | 0.00 |
| | **$102,500.00** | **$102,500.00** | **$0.00** |

{} Asset reference(s)